[No. 4836-43793-1.   Division One.   February 7, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT HENRY RUNGE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 70162, Norman B. Ackley, J., entered May 28, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris, C.J., and Williams, J.

[No. 1870-2.   Division Two.   February 7, 1977.]

WILLIAM C. PARKINSON, *Appellant*, v. ANNA M. PARKINSON, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 230247, Donald H. Thompson, J., entered April 4, 1975. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Rummel, J. Pro Tem.

[No. 1495-3.   Division Three.   February 8, 1977.]

JOYCE MARIE HUTSON, *Appellant*, v. WENATCHEE FEDERAL SAVINGS AND LOAN ASSOCIATION, *Respondent.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 19306, B. E. Kohls, J., entered March 10, 1975. *Reversed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 1379-3.   Division Three.   February 9, 1977.]

RANDOLPH L. GIER, ET AL, *Appellants*, v. EMPIRE FIRE & MARINE COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 55228, Howard Hettinger, J., entered December 20, 1974. *Reversed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.